APPEAL No. 800. COLI MONKHOUSE *v.* GIBSON'S, INC. *d/b/a* McGARRY'S, INC. Appellee's motion granted, and pursuant thereto appellant's appeal from Superior Court Order of September 18, 1969 dismissing appeal No. 800-A will be filed and docketed with direction that a number be assigned thereto by Clerk of Supreme Court. Both appellant and appellee required to file briefs in accordance with Rules of Court, instant appeal to be consolidated for hearing with *Monkhouse* v. *Gibson's, Inc.*, No. 800-A. *Samuel A. Olevson,* for plaintiff-appellant. *Roberts & McMahon, Dennis J. Roberts, II,* for defendant-appellee.

### January 15, 1970.

EX. &C. No. 381. STATE *v.* STANLEY ROBERT GENDREAU. State's motion for leave to reargue denied. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Luc R. LaBrosse,* Special Asst. Attorney General, for plaintiff. *James Cardono,* Public Defender, *William F. Reilly,* Asst. Public Defender, *Moses Kando,* Asst. Public Defender, for defendant.

APPEAL No. 884. NEW ENGLAND TEL. AND TEL. CO. *v.* ONOFRIO CARROCCIO. Defendant's motion to vacate Order entered December 12, 1969 denied. *Peter J. McGinn,* for plaintiff. *Onofrio Carroccio,* defendant, pro se.